IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:05cv01098

ARISTA RECORDS LLC, a Delaware limited )
liability company; ELEKTRA )
ENTERTAINMENT GROUP INC., a Delaware )
corporation; UMG RECORDINGS, INC., a )
Delaware corporation; and SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership, )
                               )
           Plaintiffs, )
                               )
v. )
                               )
TERRI SHAW, )
                               )
           Defendant. )

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Motion For Default Judgment, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the seven sound recordings listed in Exhibit A to the Complaint. Accordingly, having been judged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Five Thousand and Two Hundred Fifty Dollars ($5,250.00).

Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Dollars Three Hundred Seventy Five Dollars. ($ 375.00).

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Don't Let Go (Love)," on album "EV3," by artist "En Vogue" (SR# 188-664);
- "Stranger In My House," on album "A Nu Day," by artist "Tamia" (SR# 293-084);
- "Love No Limit," on album "What's The 411?," by artist "Mary J. Blige" (SR# 149-212);
- "You Owe Me," on album "Nastradamus," by artist "Nas" (SR# 276-132);
- "Step By Step," on album "Preacher's Wife Soundtrack," by artist "Whitney Houston" (SR# 242-260);
- "Never Make A Promise," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
- "Beauty Queen," on album "Welcome II Nextasy," by artist "Next" (SR# 284-980);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall

destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

_____
United States District Judge

DATED: January 16, 2007